```
- - - - - - - - - - - - - x
```

MOHAMMED A. HUSSAIN,                    Civil Action No.

       Plaintiff,                    14-1798 (RMC)

v.

ROBERT A. MCDONALD,

SECRETARY OF VETERANS AFFAIRS,

       Defendant.

_____/

                        Monday, June 13, 2016

The Telephonic Deposition of

             KIMBERLY HETLAND,

called for examination by counsel for the plaintiff,

pursuant to notice, beginning at 2:06 p.m., before Lisa

Weissmann, when were present on behalf of the respective

parties:

TELEPHONIC DEPOSITION OF KIMBERLY HETLAND
CONDUCTED ON 6/13/2016          2

---

**2**

1              A P P E A R A N C E S
2   For the Plaintiff:
3       Tyler J. King, Esquire
4       Franklin Square Law Group
5       1225 Eye Street, N.W.
6       Suite C110
7       Washington, D.C. 20005
8       (202) 779-9711
9       (Present via telephone)
10
11  For the Defendant:
12      Damon Taaffe, Esquire
13      United States Attorney Office
14      555 Fourth Street, N.W.
15      Washington, D.C. 20530
16      (202) 252-2568
17      (Present via telephone)
18
19
20
21

---

**3**

1          A P P E A R A N C E S (CONT.)
2   For Ministry Saint Mary's Hospital
3       Matt Moran, Esquire
4       2251 North Shore Drive
5       Rhinelander, WI  54501
6       (715) 361-2000
7
8
9
10
11
12
13
14
15
16
17  ALSO PRESENT:
18  Mohammed A. Hussain, Plaintiff
19  (Present via telephone)
20
21

---

**4**

1              C O N T E N T S
2   Examination by Counsel
3   Witness                        Page
4   KIMBERLY HETLAND                 4
5   Certificate of Reporter         51
6
7              E X H I B I T S
8   Exhibit 1
9   (Verification of Hospital Privileges,
10  Page 3)                        23
11
12  Exhibit 2
13   (Verification of Hospital Privileges,
14  Pages 1 and 2)                 23
15
16         Exhibits Retained by Mr. King
17              - - - - -
18
19
20
21

---

**5**

1          KIMBERLY HETLAND,
2   Called for examination by counsel for the plaintiff, and
3   after having been first duly sworn by the Notary Public,
4   was examined and testifies as follows:  Yes.
5       EXAMINATION BY COUNSEL FOR THE PLAINTIFF
6   BY MR. KING:
7       Q   Ms. Hetland, normally depositions are done in
8   person, and one of the instructions that are given, one of
9   the instructions that's given is don't answer questions
10  with a nod of the head or something to that effect, because
11  we can't see you.  But in this case, it's self-evident, so
12  let me just go ahead and start with the basic entry.  Could
13  you please spell your name, for the record?
14      A   Sure.  My name is Kimberly Hetland.  That's
15  K-i-m-b-e-r-l-y, Hetland, H-e-t-l-a-n-d.
16      Q   And what is your address, where do you work?
17      A   It's 2251 North Shore Drive, and that's
18  Rhinelander, that's R-h-i-n-e-l-a-n-d-e-r, Wisconsin,
19  54501.
20      Q   And what is your address at work?
21      A   Oh, that is my address at work.  I apologize.

TELEPHONIC DEPOSITION OF KIMBERLY HETLAND
CONDUCTED ON 6/13/2016          3

6

1    Q   Oh, okay.  So could you also state your address
2  where you live as well?
3    A   Oh, okay.  My home address, sure.  It's 3748
4  North Faust Lake Road, and that is Rhinelander Wisconsin as
5  well, 54501.
6    Q   And what is your position where you work?
7    A   I am the regional director of cancer services.
8    Q   And who is your employer?
9    A   Ministry Healthcare, and we're a part of
10  Ascension Health.
11    Q   And how long have you had that particular
12  position?
13    A   I have been the director of cancer services for
14  the last six months.  Prior to that, for a span of about 13
15  years, I have had a combination of filling the role of
16  medical dosimetrist and manager of radiation oncology here
17  at the James Beck Cancer Center.
18    Q   Okay.  You said medical dosimetrist and what?
19    A   And the manager of radiation oncology.
20  Dosimetrist.
21    Q   Dosimetrist?

7

1    A   Yes.
2    Q   Okay.  And you had mentioned the name of the
3  center?
4    A   Yes.  It's called the James Beck Cancer Center.
5    Q   And is that part of the -- that's like a name for
6  this particular part of Ministry Health Care?
7    A   Yes.  Our cancer center is attached to Ministry
8  St. Mary's Hospital.
9    Q   Okay.  And that hospital is part of Ministry
10  Health Care, your employer?
11    A   Correct, yes.
12    Q   What's your -- what was your job -- I want to go
13  over your job description, so whichever one you prefer to
14  start with, the current position or the past position.
15    A   We can start with the past position.
16    Q   Okay.  Can you go -- please go through the job
17  description for that and the duties, generally speaking the
18  duties that you'd perform.  And if you don't mind,
19  separating them out from the dosimetrist and the manager of
20  radiation oncology.
21    A   Sure.  So a dosimetrist actually works

8

1  hand-in-hand with the radiation oncologist.  The radiation
2  oncologist consults the patient and then writes a
3  prescription for what they want to give a certain tumor
4  volume.  So then it's the job of the medical dosimetrist to
5  actually take CT images and works with the physician to
6  come up with a treatment plan.
7        So that entails figuring out what treatment
8  radiation angles we'll use, if we'll use like a rotational
9  arc or we'll just use static fields, figuring out the best
10  plan that delivers tumoricidal dose.  Because you want to
11  give as much dose to that tumor, but also spare critical
12  structures, because critical structures within the body
13  have sensitivity to radiation.
14        For example, if you give too much radiation to
15  the spinal cord, you can cause paralysis, same with the
16  kidneys.  You could cause kidney ablation.  So our job is
17  really to deliver -- to come up with a plan that's safe.
18  Safe for the patient, to deliver dose to that target area
19  but to spare critical structures.
20        And then the dosimetrist reviews the plan with
21  the physician.  Many times it's a few plans, some different

9

1  combinations with pluses and minuses, like maybe this has
2  really great coverage, but maybe where kind of impinging on
3  critical structures.  And maybe there's one that spares the
4  structures better and maybe not so much the tumor volume.
5        So that's primarily the job of the medical
6  dosimetrist.  Once we have a plan, then we go to our
7  medical physicist who does all the checking.  So, any
8  questions on the medical dosimetrist part?
9    Q   You said that the one who it goes to next was a
10  medical physicist?
11    A   Correct, yes.  A medical physicist.
12    Q   And that person is the one who's configuring the
13  machine?
14    A   That is the scope of their practice, yes.  They
15  do configure the machine and do all the QA, but they also
16  review mine and the doctor's plan that we put together to
17  ensure, does this make sense?  Did we overlook anything?
18  Did this patient have previous treatments that we didn't
19  consider?  That kind of thing.  So he does all the
20  secondary checks prior to treatment.
21    Q   Okay.  And so in your case, the dosimetrist, that

10

1   person is not really -- it's almost like you're telling the
2   physicist this is what -- this is where the radiation needs
3   to go and in what amounts, and then the physicist makes
4   sure that the machine puts it where it's been deemed
5   necessary, and the amounts deemed necessary; is that
6   correct?
7       A   Well, he doesn't actually deliver the radiation.
8   That's a radiation therapist.
9       Q   Okay.
10      A   He just -- he -- he checks the parameters of the
11  treatment plan.  Another component of the treatment plan is
12  okay, so we have a -- one of our computers that actually do
13  all the calculations to figure out much will that -- will
14  the radiation beam on.  There's an independent check just
15  to verify, you know, aside from the treatment planning
16  computer, they do an independent check to make sure that
17  there's plus or minus 3 percent, you know, variance, so
18  they do that part.  They don't -- no, they don't align the
19  patient.  That's more the radiation therapist.
20      Q   So the independent check was the physicist;
21  correct?

11

1       A   Correct.
2       Q   Can you tell me what the -- what the -- what
3   medical records or what medical notes are specific to the
4   dosimetrist?
5       A   Okay.  Yeah, so once we have a treatment plan,
6   we'll actually do, well, really a summary of the PDFs of
7   the treatment plan, which summarizes each individual field
8   with the different energies.  So we have different energies
9   of radiation, so the field summary will say, okay, we're
10  using this energy of photons or this energy of electrons.
11  It will also specify if we have any blocking.  It'll
12  specify depths, with corrections, depending on how the --
13  what the radiation beam is going through, if it's going
14  through the lung, or if it's also going through bones.
15  There's some corrections that it does.
16          And then -- then it also shows you a monitoring
17  unit.  That's the amount of time that the machine is on.
18  So that's the treatment summary, so that each treatment
19  summary has one of those for each one of the fields.  The
20  patient can have one field, they can have six fields, they
21  can have nine fields.  They can have multiple fields.

12

1           Another piece is the isodose distribution.  And
2   the isodose distribution is basically the dose the patient
3   is receiving displayed on a CT scan.  So the CT scan is
4   like a loaf of bread.  So you're -- you're looking at the
5   image -- you're looking at the target where we're treating
6   and then you'll see these lines, and each line represents
7   dose.  And as you get close to the target volume, you'll
8   see the full dose, and as you go further away, you'll see
9   -- you'll see less dose.
10          There's also quality -- quality components to the
11  treatment plan.  We do some quality checks, specifically if
12  it's intensity modulated radiation therapy, we'll do
13  quality checks on the machine.  So you'll -- there'll be a
14  report regarding that if it -- you know, obviously if it
15  passed or failed.  And then it also -- we have an
16  independent check that we do in collaboration with the
17  physicist separate to the treatment plan.
18          So those are -- those are the components of
19  really dosimetry.  It's -- it's the treatment planning
20  component, along with the two-way documents.
21      Q   And then so who generates the -- the QA?

13

1       A   The quality assurance?  Yeah.  It's a --
2   basically, as a dosimetrist, we will do what we call like a
3   mock patient or phantom with our quality assurance
4   software.  That basically assimilates the treatment plan
5   and we, you know, basically send it over to the treatment
6   machine.  Our therapists actually run the beam like we're
7   actually treating the patient, and then once it's run, our
8   medical physicists will review -- review to see if what we
9   planned, what we predicted matches really what is the
10  output.  So then we --
11      Q   Okay.  So the dosimetrist -- does the dosimetrist
12  enter the information into the QA, or does the radiation --
13  does the physicist do that?
14      A   We don't -- neither one of us enters information.
15  Basically, we create.  The dosimetrist creates the
16  verification plan, which goes to the treatment machine.
17  They deliver the dose, and then it comes back to the
18  physicist to review, and he really doesn't enter any data.
19  He just reviews isotope line, kind of the fluence mapping
20  of the dose, and then, you know, if it's approved, if it
21  passes or fails.  Obviously, if it fails, then, you know,

14

1 it comes right back to me so that we can determine, why did
2 this fail?
3     Q    And that would be essentially where the radiation
4 was, outside of the area or volume that it was supposed to
5 be?
6     A    Well, it could be a number of different things.
7 I mean, it could be a small little pixel, a hot spot that
8 we have to smooth.
9     Q    Okay.
10    A    Sometimes really complex, modulated fields are
11 pretty tough to get past QA, because they're so heavily
12 modulated.  But we always troubleshoot.  We troubleshoot
13 until we get a, you know, passing field.
14    Q    Okay.  And you said that the part -- that the
15 part that the dosimetrist would do is the verification
16 plan?
17    A    Yeah.  Basically, you have the treatment plan
18 that's ready for the patient.  Basically making that plan,
19 you're making a copy of it, and you're calling it a
20 verification plan that goes into this other software.
21    Q    Okay.  So the name of that other software is

15

1 what?
2     A    Well, it's just another module of our Varian
3 software, so --
4     Q    Okay.
5     A    I have --
6     Q    You call it Varian software; is that right?
7     A    Yes.
8     Q    Okay.  And so you're saying that you copy and
9 paste information from the treatment plan into the
10 software, Varian, into the Varian software?
11    A    Yeah.  It's not really copy and pasting, but you
12 right mouse and you take create verification plan, and it
13 automatically copies it, essentially, yes.
14    Q    Oh, okay.  You said create what?
15    A    It creates a verification plan.
16    Q    But what appears when you right click?
17    A    You just say create verification plan.
18    Q    Create verification plan.  Okay.  Then you --
19 regarding these records.  And, is it safe to say that these
20 are -- these are -- we'll refer to them as medical records?
21    A    They are medical records; correct.

16

1     Q    They're all medical records.  And, in terms of,
2 of this terminology as well, do you refer to these medical
3 records being entered into a charting system?
4     A    We have ARIA.  Varian ARIA is our technical
5 electronic record here at St. Mary's.  So, yes, it's housed
6 within the technical EHR.
7     Q    Okay.  And that's what people would refer to as a
8 charting system?
9     A    Correct; yes.
10    Q    Okay.  And how many charting systems are used?
11    A    We have our technical, in radiation oncology, and
12 then our physician uses, for like follow-ups and consults
13 and prescriptions, a system called Cattails, M.D.
14    Q    Can you spell that, please?
15    A    Sure.  C-a-t-t-i-a-l-s, M, capital MD.
16    Q    Okay.  So that's C-a-t-t-i-a-l-s?
17    A    No.  Actually it's a-i.  It's C-a-t-t-a-i-l-s.
18 Thank you.
19    Q    No problem.  And the other one, A-R-I-A, is that
20 ARIA?
21    A    Correct, yes.  All capital.

17

1     Q    And how long have these been in use?
2     A    We've had ARIA at least, probably 12 or 13 years.
3     Q    Okay.
4     A    And Cattails, I think that we installed Cattails
5 in 2009.
6     Q    Okay.  So in the -- when we're talking about
7 these notes that are part of these medical records, the one
8 that you started talking about in your treatment plan, in
9 the beginning of your description -- and we're talking
10 about what part of this is the dosimetrist's --
11    A    Mm-hmm.
12    Q    -- dosimetrist's job, you had mentioned PDF in
13 the treatment plan?
14    A    Yes.
15    Q    So is that the Cattails, or is that ARIA?
16    A    It's ARIA.
17    Q    Okay.  And what -- what's used something to
18 describe those PDFs?
19    A    It's really -- they're screen shots of the
20 treatment plan, essentially.
21    Q    Okay.

TELEPHONIC DEPOSITION OF KIMBERLY HETLAND
CONDUCTED ON 6/13/2016          6

---

**18**

1    A   So if you -- they're images, CT images, with dose
2  on them, essentially.
3    Q   Okay.  CT images with dose.  And how are those
4  generated?
5    A   On our treatment planning computer, which also is
6  Varian, it's called Eclipse, once we review the treatment
7  plan with the physician, and they say yep, you know, we
8  like it, we like this plan, then we'll actually go through
9  and do some screen shots at different slices of the images.
10  And we take those screen shots and then put them on a PDF
11  just as a kind of summary.
12      We always keep the whole entire treatment plan if
13  anyone would want to look at the entire thing for every
14  single slice.  So we'll just put together a summary,
15  essentially.
16    Q   I see.  So you -- and then -- so the role, roles
17  of the dosimetrist is to determine which slices of the CT
18  scan are going to be used and then cut, and then you create
19  that PDF of that.  And then the other thing that's done is
20  the right clicking on the -- on the mouse in the treatment
21  plan to copy the treatment plan into the Varian software?

---

**19**

1    A   Mm-hmm, yes.
2    Q   Okay.  So other than those two things, what are
3  -- do those two things accurately capture the job of the
4  dosimetrist?
5    A   Yes; that's correct.  As far as the documents go;
6  yes.
7    Q   Okay.
8    A   Would you like me to talk about the management
9  part?
10    Q   Yeah.  Let me just -- you were using ARIA in
11  2011; correct?
12    A   Correct, yes.
13    Q   Does it have a particular version number that
14  you're aware of?
15    A   I don't know what the version is.
16    Q   Okay.  Do you know what the version number was in
17  2011?
18    A   No.
19    Q   Okay.  Then yes.  So now let's talk about the
20  part, the manager of the radiation oncology.
21    A   So, as the manager of radiation oncology,

---

**20**

1  basically I'm accountable for the day-to-day operations.
2  So, you know, essentially, I have, well, at that time,
3  probably about eight associates reporting to me, which
4  include radiation therapists, medical physicists, cancer
5  registry, front desk staff, and a nurse.
6      So in the big picture of management, I mean, I'm
7  accountable for the budget, both operational and capital.
8  Also, you know, troubleshooting, day-to-day operations.
9      In this case with locums, I work with the locum
10  -- work with our provider recruitment to get our locum
11  needs, and then kind of orchestrate the schedule as locums
12  come and go.  When a locum comes, I go through, you know,
13  kind of the software that we have, and most of the time,
14  the provider that's been here knows the ARIA software.  The
15  other software, the Cattails MD, has formal training that's
16  done by Cattail certified trainers.  That's pretty much it.
17  I supervised the staff.
18    Q   Okay.  And the -- the radiation therapists, you
19  mentioned the eight associates, the radiation therapists.
20  Is that the doctor, is that a different?
21    A   Way back, you know, way back in the early part of

---

**21**

1  when radiation started to be used for cancer, you're right,
2  doctors were called radiation therapists.  But now they're
3  radiation oncologists, and physicians, radiation
4  oncologists.  A radiation therapist is actually a technical
5  associate that delivers the radiation dose each day.
6    Q   Okay.  Like you were saying, the person that
7  actually runs the machine?
8    A   Correct; yes.
9    Q   Is the -- so there's another phrase, lingo that's
10  used, which is allied health professional.  You're familiar
11  with that phrase?
12    A   I guess.  I don't know if I know that exact
13  definition.
14    Q   Okay.  It's -- does it -- does it refer to
15  positions within a hospital which are, you know, assisting
16  physicians?  Is that, generally speaking, what you
17  understand it to be?
18    A   I guess I'm not familiar enough with that
19  terminology to say.  I've heard that terminology.  I don't
20  know exactly what that means.
21    Q   Okay.  Have you ever -- are you familiar at all

---

TELEPHONIC DEPOSITION OF KIMBERLY HETLAND
CONDUCTED ON 6/13/2016          7

22

1  with the bylaws of the medical staff of St. Mary's Hospital
2  of Rhinelander, Wisconsin?
3     A   No, I am not.
4     Q   And -- and are you aware that the St. Mary's
5  Hospital of Rhinelander, Wisconsin has bylaws of the
6  medical staff?
7     A   I do.  I've heard that in various meetings.
8     Q   So what -- what else do you know about it other
9  than it's existence?
10    A   Nothing.  I couldn't tell you what was in it.
11  Nothing.
12    Q   Okay.  So based upon the description that you
13  gave about the eight associates that report to you, is it
14  correct to say that you do not supervise physicians?
15    A   No, I do not.
16    Q   Is it correct that --
17    A   Oh, it is correct to say that I do not supervise
18  physicians.
19    Q   Okay.  And would you be able to say that the
20  allied health professionals, as a, you know, category of
21  staff members, would include radiation therapists, nurses,

23

1  dosimetrists, physicists, et cetera?
2     A   Yes.
3     Q   Okay.  But that physicians or MDs, doctors if you
4  will, are not allied health professionals?
5     A   Correct.  Based on what you explained, yes;
6  correct.
7     Q   Regarding -- now, regarding your current position
8  as the regional director of cancer services, what, you
9  know, what is your job now?
10    A   My job now, as of December, we took over medical
11  oncology services as well, so I'm responsible for radiation
12  and medical oncology at the St. Mary's campus.
13        I no longer -- I am a medical dosimetrist, or
14  certified medical dosimetrist, however, I'm no longer
15  working in medical dosimetry, because I've taken on the
16  medical oncology component.  So essentially, I'm
17  responsible for the whole cancer center, instead of just
18  half.
19    Q   Okay.  So the medical oncology, for purposes of
20  understanding of what you're talking about, there is
21  essentially, it's chemotherapy and radiation therapy

24

1  together?
2     A   It's -- correct, yes.  It's chemotherapy.
3     Q   And so, in your particular institution, radiation
4  oncology is not a -- does not come under the umbrella of
5  radiology.  It comes under the umbrella of cancer services?
6     A   Correct.
7     Q   Does a radiology -- is radiology it's own
8  service?
9     A   Yes.
10    Q   All right.  So what is that -- what does that
11  mean though?  As a regional director, you kind of talked
12  about how, in the other position as the manager of
13  radiation oncology, you have these -- these associates that
14  report to you.  You had work related to the budget, to
15  operations?
16    A   Yep.
17    Q   What about now as the regional director?
18    A   The same thing, but it's just expanded to also
19  include medical oncology.  And then I'll have more of a
20  role of developing services, service lines.
21        To be accredited under the Commission on Cancer

25

1  is another thing that I'm tasked with.  The marketing
2  components.  Since I'm regional, right now, in the north,
3  we're the only cancer center, so perhaps I'd be responsible
4  for those satellites.
5     Q   Okay.
6     A   And then within Ministry Healthcare, we have
7  other regions that have the same directors as myself, and
8  I'm responsible to work with them closely so that we can
9  standardize and collaborate.
10    Q   Okay.  All right.  So now what, you know,
11  normally we would have documents that we would go over, and
12  I would hand you a copy of the documents, and we would
13  identify it and provide it an exhibit number.  But you're,
14  you know, you're not really going to be able to see them,
15  so what I'm going to try to do is just describe them --
16    A   Okay.
17    Q   And you, you know, just try to confirm that you
18  know what document I'm talking about, and then we'll talk
19  about it, okay?
20    A   Okay.  Sounds good.
21    Q   Okay.  So the main document here is what was

TELEPHONIC DEPOSITION OF KIMBERLY HETLAND
CONDUCTED ON 6/13/2016          8

---

26

1  originally provided to us as three pages.  And they're kind
2  of, you can almost see them as not together or related, but
3  they kind of, they appeared to be in the sense that they
4  were together in a group.  And they all say -- they all
5  have the same logo in the upper left hand corner, and they
6  all say, verification of hospital privileges and clinical
7  reference in the upper right hand corner as well.
8      A   Yes.
9      Q   The -- let me just go through the three pages.
10  The first page says, provider Mohammed Hussain, M.D.,
11  privileges listed below are those held at the time this
12  provider left our facility, and then it says radiation
13  oncology.  And then there's a chart that says a description
14  of, I guess types of privileges, and then a column of
15  approved, and then the column for notes.  Are you familiar
16  with that page?
17      A   I'm looking at the first page, and I see the
18  provider name, affiliation date.  And then I see --
19      Q   So it's not that one.  That's from a different
20  page.
21      A   Okay.  The other page is, it says while on staff

---

27

1  with disciplinary or corrective action taken.
2      Q   Not that page.
3      A   Okay, I guess third one.  Here we go.  It says
4  privileges listed below are those held at the time provider
5  left the facility.  Okay.  I've got it in front of me.
6      Q   So now, are both of these three pages that we
7  just identified, you identified -- so you identified two
8  pages, and now it's the third one.
9          Are these three pages, are these part of one
10  document, or do they all sort of exist as separate
11  documents within your system somewhere?
12      A   I don't know about this last, this one that you
13  were talking about specifically.  I believe when I filled
14  out this verification of hospital privileges, I believe
15  this is one document, the two pages together.  But this
16  third one, with the typed Y, I'm not certain if that was
17  behind it or not.
18      Q   Okay.  So let's do this then.  This third page
19  with the typed Y, I'm going to mark that for our records
20  here as Exhibit 1.
21          (Whereupon, Exhibit Number 1 was marked for

---

28

1  identification.)
2          And the other part, as the two pages, Im going to
3  mark that as Exhibit 2.  Which page, is there a first page
4  and a second page?
5          (Whereupon, Exhibit Number 2 was marked for
6  identification.)
7      A   I guess I would call the first page the one with
8  the provider name on top.
9      Q   Okay.  Is that because this is one document?
10      A   Yes.  I belive so, yes.  I would call this one
11  document.
12      Q   Okay.  So the two pages are one document.  I'm
13  going to say Exhibit 2, and Page 1 is the one that you
14  said, where it provides the provider name at the top.  And
15  then Page 2 I'm marking as the -- the second page.
16      A   Okay.
17      Q   So, therefore, we've sort of identified this
18  document and we're going to ask you questions about it.
19      A   Okay.
20      Q   The first page, it says --  there's a signature
21  there for a Jenny Brown or Jerry Brown, medical staff

---

29

1  coordinator.  Can you tell us who that is, please?
2      A   Yes.  Jenny Brown works within our credentialing
3  department here at St. Mary's.  So we get a new provider, a
4  new locum physician, she prepares all the credentialing.
5      Q   Okay.
6      A   And that's really all the interaction I have with
7  her, based on when there's a new provider.
8      Q   Okay.  Now this signature of hers was dated
9  January 9, 2015.  Why is it that this is being generated at
10  this date and time when Dr. Hussain had already had his
11  privileges approved two years prior?  Do you see the
12  affiliation dates there?
13      A   Yes.  Yes.  And I have an answer for that.
14      Q   Okay.
15      A   So following Dr. Hussain's last time here, March
16  2013, I continued to receive voicemail messages, as well as
17  letters from different facilities that he was applying for
18  credentialing at, and work at.  It's just ongoing.  And I
19  didn't want to receive any of those questionnaires anymore
20  or phone calls anymore.
21          So I had asked Jenny, you know, what can I do to,

---

30

1 you know, make this stop.  And so she gave me this form to
2 fill out.  At the same time, we had just hired a permit
3 radiation oncologist, so there was no need to have locums
4 anymore.  So we filled this -- I filled this letter out for
5 her files.
6    Q    Okay.  Why didn't you want to receive any -- what
7 do you call them, the requests for employment verification,
8 or, what word or phrase would you use to describe them?
9    A    I think they're called employment verifications.
10    Q    Employment verifications?  Okay.  Why didn't you
11 want to receive them anymore?
12    A    Because I -- I didn't want to recommend the
13 physician.
14    Q    Do you keep records of the institutions
15 employers, etcetera that had sent employment verifications?
16    A    No.
17    Q    Does somebody else keep records of those?
18    A    Maybe Jenny does.  I do not know.
19    Q    And why did you not want to recommend Dr.
20 Hussain?
21    A    Based on our experience here, I had, over all, we

31

1 had difficulty connecting and building confidence with his
2 care.  My -- I had associates approach me during the time
3 he was here and afterwards.  There seemed to be some
4 troubles with use of technology and language that were
5 maybe some barriers for us.
6    Q    And what are the names of those associates?
7    A    Okay.  I'll write them down as I go.  So there's
8 Julie Vilisch, V-i-l-i-s-c-h.
9    Q    Okay.  Let's just go through them one by one.
10 And what did Julie say?
11    A    I do not remember.
12    Q    What is her job?
13    A    An RN, a nurse.
14    Q    What, generally speaking, did she say?
15    A    I don't exactly what she said.
16    Q    Not exactly, just generally what did she say?
17    A    She had an overall concern for our patients.  I
18 can't recall specifically.  I don't have it written down.
19    Q    Is it fair to say that she did not provide any
20 specific details regarding her concerns, that she gave a
21 vague description, or she did provide specific details, but

32

1 you don't recall them?
2    A    Depending on what time she came in, one could
3 have been vague and one could have been specific.  I don't
4 recall.
5    Q    Were there any other associates who said
6 anything?
7    A    I don't recall.  I just know for sure Julie had
8 some concerns.
9    Q    And is that it?  It is it fair to say that the
10 reason why you did not want to recommend Dr. Hussain was
11 because Julie had some concerns?
12    A    Along with myself, as a medical dosimetrist, I
13 felt that as well.
14    Q    All right.  So what about your concerns?  Do you
15 -- can you provide details regarding those?
16    A    I had difficulty connecting and building
17 confidence with the provider.
18    Q    Are you able to provide any specific details
19 regarding that?
20    A    No, I can't.  I don't recall.
21    Q    So you don't recall what happened to cause you

33

1 concern about the difficulty connecting?
2    A    No, I do not recall.
3    Q    So is it fair to say that the reason that you did
4 not want to recommend Dr. Hussain was because both you and
5 Julie had concerns about the difficulty connecting with
6 him?
7    A    Yes.  And confidence, gaining confidence with his
8 patient care.
9    Q    Okay.  Let's break those down into two separate
10 things then.  What is -- what do you mean by difficulty
11 connecting with him?
12    A    I don't know if it was a language barrier, you
13 know, maybe connecting is a bad word, you know, it's just
14 when you work with a physician, you want to have confidence
15 and develop trust, and we had difficulty establishing that.
16    Q    All right.  So then let's go focus in on the
17 second one, building confidence and establishing trust.
18    A    Yes.
19    Q    What -- what is it that -- what happened in order
20 for there to be that?
21    A    In general, you know, you establish a

TELEPHONIC DEPOSITION OF KIMBERLY HETLAND
CONDUCTED ON 6/13/2016          10

---

34

1  cohesiveness of having, you know, good decision, no
2  indecision, you practice, you know, radiation oncology
3  guidelines.  As you do the work with the provider, you just
4  feel that connection and that confidence that they're
5  providing good care to your patients.  The way they ask
6  questions for locums, the way they're coming and going, a
7  lot of times the locums will have a lot of questions.
8  Because, you know, they're just walking in on a new case,
9  so they're asking questions, what kind of questions are
10 they asking?  That's really how you start building your
11 confidence.
12     Q   And am I correct though that you do not remember
13 the specific details regarding that component of your
14 concern?
15     A   You are correct.  I do not remember the details.
16     Q   Are any of the medical records going to reflect
17 any of the concern?  So, for example, a patient who he saw
18 had a treatment plan, and then the treatment plan had to be
19 modified or changed after he left because it wasn't
20 correct?
21     A   I don't know.  I do recall us pushing off things

---

35

1  for the next week for the next locum who was established
2  here and who we had trust with.  I don't know if there are
3  existing records that would show that for you.
4      Q   Well do you recall any specific, you know,
5  patients who had a particular issue?
6      A   No.
7      Q   Do you recall that there, in fact, were not any
8  patients with specific issues with his -- regarding his
9  what's the word for it?  What would you use for the word
10 for his -- his --
11     A   Are you talking about lack of confidence?
12     Q   You mentioned patient care.
13     A   I don't -- I don't recall any bad outcomes.
14 There's nothing reported.  I don't have any.
15     Q   But not just bad outcomes, but, you know, someone
16 had to go back and change something that he did so that
17 there would be no bad outcomes.
18     A   I don't know that.
19     Q   What -- okay.  What is your race?
20     A   I am white.  Caucasian.
21     Q   And what about Julie?

---

36

1      A   She is Caucasian, white.
2      Q   And what religion are you?
3      A   I am Catholic.
4      Q   And are you from the United States of America?
5      A   Yes.
6      Q   And do you know what religion Julie is?
7      A   Well, I think she was Catholic, but I think she
8  might have changed to Lutheran, I'm not sure.
9      Q   Okay.  And do you know whether or not if she was
10 born in the United States of America?
11     A   She was, yes.
12     Q   You had mentioned a language barrier.  You said
13 you're not sure whether or not if there was an issue with
14 the language barrier or not.  What's the reason --
15     A   Yeah.  Him understanding us or us understanding
16 him.
17     Q   So what's your reason for suggesting the language
18 but not being sure whether or not there was a language
19 barrier or not?
20     A   I'm not sure as to whether that was why we had
21 difficulty connecting or gaining confidence.

---

37

1      Q   Why are you not sure about that?
2      A   I'm just -- I'm not sure if that was a component
3  of that or not.
4      Q   Okay.  So what is it about it that makes you
5  think it might have been a component?
6      A   If I recall, sometimes it was hard to understand
7  him and vice versa, hard for him to understand us.
8      Q   Okay.  And what is it about the language barrier
9  that makes you think it might not have been an issue?
10     A   It's difficult to put your finger on it when
11 you're trying to establish confidence with someone.
12     Q   And so what other types of things might it be if
13 it wasn't that?
14     A   Potentially it could be just different ways of
15 doing things, different ways we hadn't seen before.  I
16 don't know.  I wish I could remember.
17     Q   Well, let's go through it then, to get some
18 details, and then maybe some of this will refresh your
19 memory.
20         So there was the first assignment back in 2011.
21 Did you remember meeting Dr. Hussain for the first time?

---

38

1    A   I remember meeting him.  I must have met him that
2  first time, yes.
3    Q   Okay.  And that was in June of 2011.  Did you --
4  I mean, I guess you wouldn't remember off the top of your
5  head, but would it -- I mean, would it surprise you that it
6  was June 13th to 17th that was his first assignment there?
7    A   No.  It wouldn't surprise me.  During that time
8  we had another full-time radonc.  So he would have been
9  covering for a stint of his detation (sic).
10    Q   Okay.  And one of the things that I noticed was
11  that his first assignment predated the affiliation dates on
12  the, what we're calling Exhibit Number 2, Page Number 1.
13  Is -- does that surprise you that he was -- well, let me
14  just --
15    A   I --
16    Q   I'm sorry.  Go ahead.
17    A   I was going to say I see what you are looking at.
18  I didn't write those affiliation dates on there.  It was me
19  that actually looked back to see when Dr. Hussain was here.
20  So I did supply those June 2011, 13th through the 17th
21  dates.  That's what our records show.

39

1    Q   Okay.  So in the affiliation date, is that
2  supposed to indicate when he had privileges at the
3  hospital?
4    A   I would assume so.  That would be my guess.  I
5  don't know for sure.
6    Q   Okay.  Would Jenny know the answer to what the
7  affiliation dates mean?
8    A   Yes.
9    Q   And so the first -- the first assignment he's
10  there covering for the other doctor and you met him.  What
11  do you recall about that?
12    A   Locums for the provider vacations were pretty
13  common for us, so I would have imagined that we had
14  Cattails training set up for him, got him or oriented to
15  ARIA and our process.  And his very first day was a Monday,
16  and it was on treatment visit day, so I would say he
17  probably jumped in and started doing our treatment visits.
18    Q   Okay.  Do you recall that he was then out to come
19  back for another assignment?
20    A   I guess I didn't realize here 2000, 2011 until I
21  was recently asked to look.  So I hadn't remembered that he

40

1  was here in two times in 2011.  I thought it was just once.
2    Q   Okay.  So -- and then -- but he was there that
3  second time in July 2011 --
4    A   Correct.
5    Q   From the 18th to the 22nd.  Is this -- you
6  wouldn't be surprised to find that your records show him
7  there at that time?
8    A   Correct, right.
9    Q   So when you saw him the second time in July, were
10  you already concerned by that point?
11    A   I don't recall.
12    Q   And then the third assignment was March 2013, and
13  do you recall whether or not you were concerned by that
14  point when you saw him and he came back?
15    A   Yes.  I remember being concerned, but again, I
16  can't tell you the details or be specific.
17    Q   Okay.  Let's say that -- well let me -- let me
18  ask you this.  You mentioned you had gotten, since the last
19  time he was there in 2013, you had received many employment
20  verifications, employment verifications from other
21  employers, other hospitals.  What did you say in those

41

1  about Dr. Hussain?
2    A   I tried to avoid them.  I tried to not answer any
3  of the voice mails.  I tried to divert all of the
4  questionnaires over to Jenny Brown.  I didn't want to fill
5  them out.
6    Q   Okay.  And do you know -- did Jenny talk to you
7  about why you were routing all this stuff to her?
8    A   Yes.  And we had conversations in the past and
9  that I'm not a radiation oncologist.  I'm not a true peer,
10  but those continued to come to me, and then she had me fill
11  out this document, this Exhibit 2.
12    Q   Okay.  Oh, so you were the one who wrote the X's
13  in the columns on Page 1 there?
14    A   Correct.
15    Q   Okay.  And is it then the case that those prior
16  employment verifications, they, in fact, never got
17  responded to?
18    A   I would say all of them up until this form.  And
19  I don't know if Jenny sent it out anywhere.  I'm thinking
20  they probably did, since you have a copy.
21    Q   Okay.  I'm trying to figure out why you -- why

TELEPHONIC DEPOSITION OF KIMBERLY HETLAND
CONDUCTED ON 6/13/2016          12

---

42

1  you would not want to fill out the form if you had these
2  concerns.  Can you try to explain that?  Do you know why
3  you would have the concerns but not want to talk about it
4  or publicize it?
5      A   No.  Nope.  That's -- it's always easier to give
6  praise than do the other way around.  Did I want to tell
7  other places, absolutely.  I guess that's a good question,
8  that I can't answer.
9      Q   Is it possible that it's because your evaluation
10  was really more personal in nature than it was having to do
11  with whether or not he was a good doctor?
12      A   I would say I'm not a radiation oncologist.  So I
13  would say that I wouldn't have that expertise.  Nor am I a
14  medical physician.
15          I wouldn't say it was personal, as I had other
16  associates come to me, specifically Julie.
17      Q   Was there anybody other than Julie?
18      A   I can't tell you for sure as far as our radiation
19  therapists.  I do recall a disagreement with one our
20  medical oncologists.
21      Q   And what is that person's name?

---

43

1      A   Steven Toothachre.
2      Q   Okay.  What do you remember about that?
3      A   I don't.  I don't remember any details.  I just
4  remember Dr. Toothachre being very frustrated with a
5  decision that Dr. Hussain made in the hallway.  I don't
6  recall what it was about, who the patient was.
7      Q   Okay.  So going over this evaluation form,
8  Exhibit 2, the first row for which you had put an "x" for
9  below average, that's availability and thoroughness in
10  patient care.  What, if anything, supports your ranking at
11  below average.
12      A   I don't recall.
13      Q   Can you say that's going to be the same answer
14  for all of these that indicated below average?
15      A   Absolutely.  I don't recall.
16      Q   And does that go for all -- is there anything
17  that you remember at all about any of these, even the ones
18  that say average or -- let's not do no info, because I
19  guess you would know that just by inference, but do you
20  remember anything about why you had marked average about
21  anything you had marked average for?

---

44

1      A   No.  No, I don't.
2      Q   All right.  And then your comments in the
3  comments section on Page 2, the part that sort of -- the
4  follow-on part after the signature --
5      A   Yes.
6      Q   -- where it says, we delayed starts of treatments
7  so we could have the next radiation covering plan, the
8  radiation plan, the radiation --
9      A   Yes, appropriately.
10      Q   Yeah.  Covering the plan -- covering.  This is
11  supposed to say -- can you say that part there, read that
12  part there?
13      A   Sure.  Should I read that paragraph?
14      Q   Yeah.
15      A   Okay.  "I can say as the medical dosimetrist,
16  working side by side with him, we delayed starts of
17  treatments so we could have the next radonc covering plan
18  the patients appropriately.  I would not have this provider
19  come back even if we were in dire need."
20      Q   Okay.  So the part about having the next radonc
21  covering plan the patients appropriately, you said already,

---

45

1  you testified you don't remember anything -- no -- you said
2  that there are no records that indicate something that was
3  not planned appropriately?
4      A   Right.  Nothing that I recall.
5      Q   Who would be the appropriate person to review
6  those records to determine whether or not something has
7  been not planned appropriately?
8      A   Probably a radiation oncologist.
9      Q   Okay.  Do you remember the name of the radonc
10  that came on after Dr. Hussain?
11      A   I don't.
12      Q   I'm wondering what -- when you said that your
13  concerns weren't personal in nature, I'm just trying to
14  figure out why, you know, if it wasn't just personal in
15  nature, wouldn't there have been some sort of thing that
16  you would do to notify some sort of office of risk
17  management or, you know, some sort of body to say that we
18  have this physician here, and we're not, you know, we never
19  connected with this person and did not have confidence or
20  trust in their treatment?
21      A   So during those last, since he was here in 2013,

---

46

1  we had locums, different locums, nearly every week, every
2  other week, so in scenarios with the different locums, we
3  essentially, we would, as a team, get through the week
4  until that locum was gone.  You know, kind of push things
5  to the next week if we didn't have a comfort level that we
6  had established with the care.
7       Looking back and going forward, I absolutely
8  would call risk.  But on this case, I did not.  Yeah, all I
9  have is what I wrote.  I don't have any details.
10      Q   And that office of risk, are you referring to the
11 hospital office of risk management?
12      A   Yes, exactly.
13      Q   Let me -- I'm just going -- I'm not sure if I
14 know how to put this phone on mute, so I'm just going to
15 step out of the room for a brief minute to talk to Dr.
16 Hussain and I'll be right back, okay?
17      THE WITNESS:  Okay.
18      MR. KING:  Okay.  Thank you.
19      (Mr. King exits the room.)
20 BY MR. KING:
21      Q   Were you aware of a fourth assignment that the

47

1  hospital wanted Dr. Hussain for in April?  It would have
2  been April 8th to April 12th, in 2013.  Would you be aware
3  of that, in the sense that you would be having a role in
4  communicating with comp health about, we have this need for
5  locums, and this is the date, et cetera?
6       A   I would communicate any needs to our provider
7  recruiter and she would work with comp house.  I did not
8  work with comp house directly.  I don't know if we
9  requested that or not.
10      Q   And who -- what is the name of the provider
11 recruiter that would have been in the early 2013 time
12 period?
13      A   It's -- well, it's Holly Anderson for 2013.
14      Q   Okay.  Are you part of the privileging committees
15 at the hospital?
16      A   Oh, no.
17      Q   So do you see that your filling out of this
18 Exhibit Number 2, this verification of hospital privileges
19 and clinical reference, do you see that as being part of
20 the privileging process of the hospital?
21      A   I don't recall ever being asked to fill this out.

48

1  Medical directors fill this type of thing out.
2       Q   Jenny asked you to fill this out, the one that
3  we're talking about, Exhibit Number 2?
4       A   Correct, yes.
5       Q   So this is the only time you have ever been asked
6  to fill something like this out?
7       A   Yes.
8       Q   And so your answer to the question as to whether
9  or not this is part of privilege and you're saying, I don't
10 know, because I've never been asked to fill this out except
11 for the one time that I was asked to?
12      A   Right.  Because we've credentialed many, many
13 locums.
14      Q   Okay.
15      A   In the past.
16      Q   And what do you -- what do you know about the
17 privileging committees and how a physician is privileged?
18      A   I have no idea.
19      Q   Do you know who the chairman of the medical
20 services is?
21      A   I don't.

49

1       Q   Do you know who the chairman of the credentials
2  committee is?
3       A   I don't.
4       Q   Do you know who the medical staff president is?
5       A   I'm not for certain.
6       Q   Do you know who the president of the hospital is?
7       A   Yes, I do.
8       Q   And who is that?
9       Q   Do you want the one present?
10      Q   Yes, please.
11      A   Sandy Anderson.
12      Q   Okay.  And who was the president when Dr. Hussain
13 was there?
14      A   It would have been Monica Hilt.
15      Q   Okay.  And do you know who Anne Zenk is?
16      A   Yes.  She is our VP of nursing.
17      Q   Okay.  And do you know who Marsha Wickham is?
18      A   Yes.  She is the nursing director on the floor.
19      Q   And do you know who Jean Stepids is?
20      A   I believe Jean is retired now and she works for
21 IT.

TELEPHONIC DEPOSITION OF KIMBERLY HETLAND
CONDUCTED ON 6/13/2016          14

50

1    Q    And do you know Paula Zelechowski?
2    A    Paula is either manager or supervisor of
3  transcription.
4    Q    And Karen Wiedeman?
5    A    Karen Wiedeman?
6    Q    Karen Wiedeman.
7    A    I think her title is infection control.
8    Q    And Kathy Jensen?
9    A    She used to work in employee health.
10   Q    And Tracy Litzen?
11   A    Tracy works in the business office.
12   Q    So let's go through Exhibit Number 2 again.  And
13  the second row, for which there's a below average marked,
14  it says --  it's for the row medical knowledge?
15   A    Mm-hmm.
16   Q    Why shouldn't Dr. Hussain have had an opportunity
17  to address whatever issues regarding his medical knowledge
18  prior to you providing your opinion like this?
19   A    Like I told you before, we had difficulty
20  building confidence in care of the patient.
21   Q    And so the question is, you know, based upon the

51

1  fact that you had difficulty connecting --
2    A    Or building confidence.
3    Q    Building confidence.
4    A    Mm-hmm.
5    Q    Why does that mean that he should not be allowed
6  to address an opinion that his medical knowledge is below
7  average, at least in your opinion?
8    A    I guess if he was given the opportunity he
9  probably could address it.
10   Q    And why was he not provided an opportunity to
11  address it?
12   A    I'm not aware of a way to do so.
13   Q    Well what happens in a hospital when people have
14  concerns about other -- about connecting or building trust
15  with other individuals?  Are those type of things just deal
16  breakers from the outset, and there's just, you know, you
17  just fire a person, or is there some sort of manner by
18  which people issues, discipline or whatever are managed?
19   A    For a regular employed associate, there's steps
20  through human resources.  You're correct.  For -- in locum
21  situations, we would choose whether or not we would get

52

1  another locum in the future.
2    Q    Well this -- say this is a little bit different
3  than that, right.  I mean, the issue didn't end up being
4  well, we're just not going to hire him back.  You -- you --
5  maybe you could explain it.  It wasn't just not hiring him
6  back, right?
7    A    No.  I think it was simple as that.
8    Q    But it's -- it involves a dispute that would
9  normally be handled through some, you know, steps,
10  procedures that you mentioned; correct?
11   A    What do you mean by a dispute?
12   Q    A dispute about whether or not the person's
13  performance was satisfactory or sufficient.
14   A    So you're saying I should have brought that to,
15  really, our quality department to address?
16   Q    Well I'm just trying to flush out your answer to
17  the question about, you know, why wasn't he given an
18  opportunity to address any of this before you provided your
19  opinion about all of it.  And you had mentioned the fact
20  that, you know, well we have a way of dealing with staff,
21  and then we have a way of dealing with locums.  And I'm

53

1  just trying to figure out a little about, you know, how
2  those two things are different.
3    A    Mm-hmm.
4    Q    So the -- and you had mentioned the locum
5  scenario is that you just don't hire the person back;
6  correct?
7    A    Essentially, yes.
8    Q    But in this situation that's not what happened
9  right?
10   A    After 2013 we haven't seen him.
11   Q    But for every person that you just don't hire
12  back, do you provide these verification of hospital
13  privileges and clinical reference forms for them that would
14  essentially result in the denial of their privileges?
15   A    This is the only one that I've ever filled out.
16   Q    Okay.  So it's correct then, or it's fair to say
17  that this scenario was not the scenario by which you would
18  normally deal with locums if you didn't want to hire them
19  back?
20   A    I guess not, yeah, because I've never filled out
21  this form before.

54

1    Q    So why was this case different?

2    A    I don't recall.  Obviously, I had strong feelings

3 to write what I wrote.

4    Q    Okay.  And, I actually was supposed to ask this

5 at the beginning, but I guess it's fine to ask it now as

6 part of the whole --

7    A    Okay.

8    Q    -- question which is, are -- are you under any

9 medications, or do you have any physical condition that

10 would prevent you from being able to answer questions

11 accurately?

12    A    No.  Not --

13    Q    I'm sorry.  Go ahead.

14    A    Not that I'm aware of.

15    Q    Very good.  And what about this time period of

16 2011 and 2013, and I guess also in 2015, when you filled

17 out the form, were you under any medications or did you

18 have any physical condition at that time that affected your

19 memory or ability to recall things?

20    A    No.  Not that I'm aware of.

21    Q    Were you part of the -- or did you -- did you

55

1 review or were you part of Dr. Hussain's initial

2 application to the hospital?

3    A    That would go to -- with the application, no.

4 That would all be through Jenny Brown.

5    Q    And what was Jenny Brown's opinion about Dr.

6 Hussain?

7    A    We've never had that discussion.

8    Q    What did she -- what did she do, if anything, to

9 verify your's and Julie's and Steven Toothachre's concerns

10 about Dr. Hussain?

11    A    Nothing.  Nothing I know of.

12    Q    Do you recall any, you know, any aspect of being

13 thankful or appreciative of Dr. Hussain and the work that

14 he did there, considering the fact that it's so hard to

15 find types of physicians to go to such a remote area?

16    A    Well, I don't know if it's just because it's a

17 remote area.  I was thankful for every position that would

18 come here to fill locum stints, because it was very

19 difficult, particularly over that three year stint to find

20 radiation oncologists to fill our gaps.

21        And it -- you know it's difficult for our

56

1 associates to, you know, to have a different locum every

2 week.

3    Q    But it's good in the sense that, you know, that

4 the department and service is still up and running and

5 everybody still has a job, right?

6    A    Absolutely.  Absolutely.

7    Q    Do you remember a Dr. Goldson?

8    A    I do remember Dr. Goldson.

9    Q    He was -- he was covering at Rhinelander for some

10 period of time, right?

11    A    We actually hired him as a physician.

12    Q    Okay.

13    A    And then he died of a hearth attack very shortly

14 after.

15    Q    Okay.  And when was that, what year approximately

16 was that, if you can recall?

17    A    I think 2004.

18    Q    Okay.

19    A    I think he started in January of 2004, and maybe

20 died in February, 2004.

21    Q    Okay.  And there have been, regarding Dr. Hussain

57

1 or any of this patients that he saw, have there been any

2 malpractice claims?

3    A    Not that I know of.

4    Q    Have there been any Medicaid or Medicare payment

5 issues?

6    A    Not that I know of.

7    Q    Have there been any complaints by patients?

8    A    Not that I know of or recall.

9    Q    And any issues regarding payments from any

10 private insurance carriers?

11    A    Not that I know of.

12    Q    Okay.  And any issues regarding federal, state,

13 or national data bank?

14    A    No.  I don't know what that is.

15    Q    It's like a clearing house of privileges.

16    A    Not that I know of.

17    Q    I think that the might be the end of the

18 questions.  I'm just going to, again, step out into the

19 hallway for a quick second, and I'll be right back.

20        (Mr. King exits steps away.)

21 BY MR. KING:

TELEPHONIC DEPOSITION OF KIMBERLY HETLAND
CONDUCTED ON 6/13/2016          16

58

1    Q    Thank very much for your time today.

2    A    You're welcome.

3    Q    The structure of the hospital it terms of,

4 there's the Ministry St. Mary's Hospital which is, I guess

5 the name of the institution run by Ministry Health Care?

6    A    Right.

7    Q    Which is part of Ascension Healthcare?  That's

8 been the same since 2011?

9    A    Yes, it's a part of Ministry Health Care;

10 correct.

11    Q    Is there anything that you think can be provided

12 to you in terms of records, or what have you, to refresh

13 your memory as to why you provided the opinion of Dr.

14 Hussain that you did?

15    A    No.  I think it was all verbal, so no, I don't

16 think there was any records.

17    Q    Oh, Steven Toothachre, what race is he?

18    A    I think he's Caucasian.

19    Q    And do you know what religion he is?

20    A    No.  I have no idea.

21    Q    Do you know whether or not he was born in the

59

1 United States?

2    A    I don't know for sure.

3    Q    Does he speak with an accent?

4    A    When he was here he did not.

5    Q    And what -- does Dr. Hussain speak with an

6 accent?

7    A    Yes.

8    Q    And did you know anything about what religion he

9 is?

10    A    No.

11    Q    What about his race?  What would you say, if

12 anything, about what his race is?

13    MR. TAAFFE:  This is Damon Taaffe with the U.S.

14 Attorney's Office.  I'm going to object to this line of

15 questioning, because there is no discrimination claim

16 in this lawsuit.  Therefore, in my view, any questions

17 about religion or national origin or race are not

18 relevant to the issues in this lawsuit, and they are

19 vexatious.  That's the end of my objection.

20    MR. KING:  You can answer, ma'am.

21    THE WITNESS:  I'm sorry, what was your question?

60

1 BY MR. KING:

2    Q    The question is, what do you think Dr. Hussain's

3 race is?

4    A    I don't know.  I'm not familiar --

5    Q    Do you think it's white or Caucasian?

6    A    No.

7    Q    So what category would you put it in?

8    A    I don't know.

9    MR. KING:  Okay.  That's all the questions.  Ms.

10 Hetland, thank you very much for your time today.

11    THE WITNESS:  Thank you.

12    MR. MORAN:  Does anybody else have any questions?

13    MR. TAAFFE:  No questions from the U.S.

14 Attorney's Office.

15    (Whereupon, the deposition was concluded at 3:56

16 p.m.)

17    - - - - -

18

19

20

21

61

1    CERTIFICATE OF REPORTER

2

3    I, Lisa Weissmann, Court Reporter and Notary

4 Public, do hereby certify that I was authorized to and

5 did stenographically report the deposition of Kimberly

6 Hetland; that a review of the transcript was not

7 requested; and that the foregoing transcript is a true

8 record of my stenographic notes.

9

10    I FURTHER CERTIFY that I am not a relative,

11 employee, attorney or counsel of any of the parties,

12 nor am I a relative or employee of any of the parties'

13 attorney or counsel connected with the action, nor am I

14 financially interested in the action.

15

16    DATED this 20th day of July, 2016.

17

18    _____

19    Lisa Weissmann, Court Reporter

20

21

22

23

TELEPHONIC DEPOSITION OF KIMBERLY HETLAND
CONDUCTED ON 6/13/2016          17

**1**

**1** 4:8,14
  27:20,21
  28:13
  38:12
  41:13

**12** 17:2

**1225** 2:5

**12th** 47:2

**13** 1:9 6:14
  17:2

**13th**
  38:6,20

**14-1798** 1:3

**17th**
  38:6,20

**18th** 40:5

**2**

**2** 4:12,14
  28:3,5,13
  ,15 38:12
  41:11
  43:8 44:3
  47:18
  48:3
  50:12

**2:06** 1:13

**2000** 39:20

**20005** 2:7

**2004**
  56:17,19,
  20

**2009** 17:5

**2011**
  19:11,17
  37:20
  38:3,20
  39:20
  40:1,3
  54:16
  58:8

**2013** 29:16

  40:12,19
  45:21
  47:2,11,1
  3 53:10
  54:16

**2015** 29:9
  54:16

**2016** 1:9
  61:16

**202** 2:8,16

**20530** 2:15

**20th** 61:16

**2251** 3:4
  5:17

**22nd** 40:5

**23** 4:10,14

**252-2568**
  2:16

**3**

**3** 4:10
  10:17

**3:56** 60:15

**361-2000**
  3:6

**3748** 6:3

**4**

**4** 4:4

**5**

**51** 4:5

**54501** 3:5
  5:19 6:5

**555** 2:14

**7**

**715** 3:6

**779-9711**
  2:8

**8**

**8th** 47:2

**9**

**9** 29:9

**A**

**ability**
  54:19

**ablation**
  8:16

**able** 22:19
  25:14
  32:18
  54:10

**absolutely**
  42:7
  43:15
  46:7 56:6

**accent**
  59:3,6

**accountable**
  20:1,7

**accredited**
  24:21

**accurately**
  19:3
  54:11

**action** 1:2
  27:1
  61:13,14

**actually**
  7:21 8:5
  10:7,12
  11:6
  13:6,7
  16:17
  18:8
  21:4,7
  38:19
  54:4
  56:11

**address**
  5:16,20,2
  1 6:1,3

  50:17
  51:6,9,11
  52:15,18

**AFFAIRS** 1:6

**affected**
  54:18

**affiliation**
  26:18
  29:12
  38:11,18
  39:1,7

**afterwards**
  31:3

**ahead** 5:12
  38:16
  54:13

**a-i** 16:17

**align** 10:18

**allied**
  21:10
  22:20
  23:4

**allowed**
  51:5

**already**
  29:10
  40:10
  44:21

**am** 6:7 22:3
  23:13
  34:12
  35:20
  36:3
  42:13
  61:10,12,
  13

**America**
  36:4,10

**amount**
  11:17

**amounts**
  10:3,5

**Anderson**

  47:13
  49:11

**angles** 8:8

**Anne** 49:15

**answer** 5:9
  29:13
  39:6 41:2
  42:8
  43:13
  48:8
  52:16
  54:10
  59:20

**anybody**
  42:17
  60:12

**anymore**
  29:19,20
  30:4,11

**anyone**
  18:13

**anything**
  9:17 32:6
  43:10,16,
  20,21
  45:1 55:8
  58:11
  59:8,12

**anywhere**
  41:19

**apologize**
  5:21

**appeared**
  26:3

**appears**
  15:16

**application**
  55:2,3

**applying**
  29:17

**appreciativ**
**e** 55:13

**approach**

31:2

appropriate
45:5

appropriately
44:9,18,21 45:3,7

approved
13:20
26:15
29:11

approximately 56:15

April
47:1,2

arc 8:9

area 8:18
14:4
55:15,17

ARIA
16:4,20
17:2,15,16 19:10
20:14
39:15

A-R-I-A
16:19

Ascension
6:10

Ascention
58:7

aside 10:15

aspect
55:12

assignment
37:20
38:6,11
39:9,19
40:12
46:21

assimilates
13:4

assisting

21:15

associate
21:5
51:19

associates
20:3,19
22:13
24:13
31:2,6
32:5
42:16
56:1

assume 39:4

assurance
13:1,3

attached
7:7

attack
56:13

attorney
2:13
61:11,13

Attorney's
59:14
60:14

authorized
61:4

automatically 15:13

availability 43:9

average
43:9,11,14,18,20,21 50:13
51:7

avoid 41:2

aware 19:14
22:4
46:21
47:2
51:12
54:14,20

away 12:8
57:20

───────
B
───────
bad 33:13
35:13,15,17

bank 57:13

barrier
33:12
36:12,14,19 37:8

barriers
31:5

based 22:12
23:5 29:7
30:21
50:21

basic 5:12

basically
12:2
13:2,4,5,15
14:17,18
20:1

beam 10:14
11:13
13:6

Beck 6:17
7:4

beginning
1:13 17:9
54:5

behalf 1:14

behind
27:17

believe
27:13,14
49:20

belive
28:10

best 8:9

better 9:4

bit 52:2

blocking
11:11

body 8:12
45:17

bones 11:14

born 36:10
58:21

bread 12:4

break 33:9

breakers
51:16

brief 46:15

brought
52:14

Brown 28:21
29:2 41:4
55:4

Brown's
55:5

budget 20:7
24:14

building
31:1
32:16
33:17
34:10
50:20
51:2,3,14

business
50:11

bylaws
22:1,5

───────
C
───────
C110 2:6

calculations 10:13

campus
23:12

cancer
6:7,13,17
7:4,7
20:4 21:1
23:8,17
24:5,21
25:3

capital
16:15,21
20:7

capture
19:3

care 7:6,10
31:2 33:8
34:5
35:12
43:10
46:6
50:20
58:5,9

carriers
57:10

case 5:11
9:21 20:9
34:8
41:15
46:8 54:1

category
22:20
60:7

Catholic
36:3,7

Cattail
20:16

Cattails
16:13
17:4,15
20:15
39:14

C-a-t-t-a-i-l-s
16:17

C-a-t-t-i-a-l-s

TELEPHONIC DEPOSITION OF KIMBERLY HETLAND
CONDUCTED ON 6/13/2016                    19

16:15,16

Caucasian
35:20
36:1
58:18
60:5

cause
8:15,16
32:21

center 6:17
7:3,4,7
23:17
25:3

certain 8:3
27:16
49:5

Certificate
4:5 61:1

certified
20:16
23:14

certify
61:4,10

cetera 23:1
47:5

chairman
48:19
49:1

change
35:16

changed
34:19
36:8

chart 26:13

charting
16:3,8,10

check
10:14,16,
20 12:16

checking
9:7

checks 9:20
10:10

12:11,13

chemotherap
y 23:21
24:2

choose
51:21

Civil 1:2

claim 59:15

claims 57:2

clearing
57:15

click 15:16

clicking
18:20

clinical
26:6
47:19
53:13

close 12:7

closely
25:8

cohesivenes
s 34:1

collaborate
25:9

collaborati
on 12:16

column
26:14,15

columns
41:13

combination
6:15

combination
s 9:1

comes 13:17
14:1
20:12
24:5

comfort
46:5

coming 34:6

comments
44:2,3

Commission
24:21

committee
49:2

committees
47:14
48:17

common
39:13

communicate
47:6

communicati
ng 47:4

comp
47:4,7,8

complaints
57:7

complex
14:10

component
10:11
12:20
23:16
34:13
37:2,5

components
12:10,18
25:2

computer
10:16
18:5

computers
10:12

concern
31:17
33:1
34:14,17

concerned
40:10,13,

15

concerns
31:20
32:8,11,1
4 33:5
42:2,3
45:13
51:14
55:9

concluded
60:15

condition
54:9,18

confidence
31:1
32:17
33:7,14,1
7 34:4,11
35:11
36:21
37:11
45:19
50:20
51:2,3

configure
9:15

configuring
9:12

confirm
25:17

connected
45:19
61:13

connecting
31:1
32:16
33:1,5,11
,13 36:21
51:1,14

connection
34:4

consider
9:19

considering

55:14

consults
8:2 16:12

CONT 3:1

continued
29:16
41:10

control
50:7

conversatio
ns 41:8

coordinator
29:1

copies
15:13

copy 14:19
15:8,11
18:21
25:12
41:20

cord 8:15

corner
26:5,7

correct
7:11 9:11
10:6,21
11:1
15:21
16:9,21
19:5,11,1
2 21:8
22:14,16,
17 23:5,6
24:2,6
34:12,15,
20 40:4,8
41:14
48:4
51:20
52:10
53:6,16
58:10

corrections
11:12,15

TELEPHONIC DEPOSITION OF KIMBERLY HETLAND
CONDUCTED ON 6/13/2016                    20

corrective
27:1

counsel
1:12 4:2
5:2,5
61:11,13

Court
61:3,19

coverage
9:2

covering
38:9
39:10
44:7,10,1
7,21 56:9

create
13:15
15:12,14,
17,18
18:18

creates
13:15
15:15

credentiale
d 48:12

credentiali
ng
29:2,4,18

credentials
49:1

critical
8:11,12,1
9 9:3

CT 8:5 12:3
18:1,3,17

current
7:14 23:7

cut 18:18

_____
D
D.C 2:7,15

Damon 2:12
59:13

data 13:18
57:13

date 26:18
29:10
39:1 47:5

dated 29:8
61:16

dates 29:12
38:11,18,
21 39:7

day 21:5
39:15,16
61:16

day-to-day
20:1,8

deal 51:15
53:18

dealing
52:20,21

December
23:10

decision
34:1 43:5

deemed
10:4,5

Defendant
1:7 2:11

definition
21:13

delayed
44:6,16

deliver
8:17,18
10:7
13:17

delivers
8:10 21:5

denial
53:14

department
29:3
52:15

56:4

depending
11:12
32:2

deposition
1:10
60:15
61:5

depositions
5:7

depths
11:12

describe
17:18
25:15
30:8

description
7:13,17
17:9
22:12
26:13
31:21

desk 20:5

details
31:20,21
32:15,18
34:13,15
37:18
40:16
43:3 46:9

detation
38:9

determine
14:1
18:17
45:6

develop
33:15

developing
24:20

died
56:13,20

different
8:21 11:8

14:6 18:9
20:20
26:19
29:17
37:14,15
46:1,2
52:2 53:2
54:1 56:1

difficult
37:10
55:19,21

difficultly
50:19

difficulty
31:1
32:16
33:1,5,10
,15 36:21
51:1

dire 44:19

directly
47:8

director
6:7,13
23:8
24:11,17
49:18

directors
25:7 48:1

disagreemen
t 42:19

disciplinar
y 27:1

discipline
51:18

discriminat
ion 59:15

discussion
55:7

displayed
12:3

dispute
52:8,11,1

2

distributio
n 12:1,2

divert 41:3

doctor
20:20
39:10
42:11

doctors
21:2 23:3

doctor's
9:16

document
25:18,21
27:10,15
28:9,11,1
2,18
41:11

documents
12:20
19:5
25:11,12
27:11

done 5:7
18:19
20:16

dose
8:10,11,1
8
12:2,7,8,
9
13:17,20
18:1,3
21:5

dosimetrist
6:16,18,2
0,21
7:19,21
8:4,20
9:6,8,21
11:4
13:2,11,1
5 14:15
18:17
19:4

TELEPHONIC DEPOSITION OF KIMBERLY HETLAND

CONDUCTED ON 6/13/2016                    21

23:13,14
32:12
44:15

**dosimetrist**
**s** 23:1

**dosimetrist**
**'s**
17:10,12

**dosimetry**
12:19
23:15

**Dr** 29:10,15
30:19
32:10
33:4
37:21
38:19
41:1
43:4,5
45:10
46:15
47:1
49:12
50:16
55:1,5,10
,13
56:7,8,21
58:13
59:5 60:2

**Drive** 3:4
5:17

**duly** 5:3

**during** 31:2
38:7
45:21

**duties**
7:17,18

———————
E
———————

**early** 20:21
47:11

**easier** 42:5

**Eclipse**
18:6

**effect** 5:10

**EHR** 16:6

**eight**
20:3,19
22:13

**either** 50:2

**electronic**
16:5

**electrons**
11:10

**else** 22:8
30:17
60:12

**employed**
51:19

**employee**
50:9
61:11,12

**employer**
6:8 7:10

**employers**
30:15
40:21

**employment**
30:7,9,10
,15
40:19,20
41:16

**energies**
11:8

**energy**
11:10

**ensure** 9:17

**entails** 8:7

**enter**
13:12,18

**entered**
16:3

**enters**
13:14

**entire**

18:12,13

**entry** 5:12

**Esquire**
2:3,12
3:3

**essentially**
14:3
15:13
17:20
18:2,15
20:2
23:16,21
46:3
53:7,14

**establish**
33:21
37:11

**established**
35:1 46:6

**establishin**
**g**
33:15,17

**et** 23:1
47:5

**etcetera**
30:15

**evaluation**
42:9 43:7

**everybody**
56:5

**exact** 21:12

**exactly**
21:20
31:15,16
46:12

**examination**
1:12 4:2
5:2,5

**examined**
5:4

**example**
8:14
34:17

**except**
48:10

**exhibit**
4:8,12
25:13
27:20,21
28:3,5,13
38:12
41:11
43:8
47:18
48:3
50:12

**Exhibits**
4:16

**exist** 27:10

**existence**
22:9

**existing**
35:3

**exits** 46:19
57:20

**expanded**
24:18

**experience**
30:21

**expertise**
42:13

**explain**
42:2 52:5

**explained**
23:5

**Eye** 2:5

———————
F
———————

**facilities**
29:17

**facility**
26:12
27:5

**fact** 35:7
41:16
51:1

52:19
55:14

**fail** 14:2

**failed**
12:15

**fails** 13:21

**fair** 31:19
32:9 33:3
53:16

**familiar**
21:10,18,
21 26:15
60:4

**Faust** 6:4

**February**
56:20

**federal**
57:12

**feel** 34:4

**feelings**
54:2

**felt** 32:13

**field**
11:7,9,20
14:13

**fields** 8:9
11:19,20,
21 14:10

**figure**
10:13
41:21
45:14
53:1

**figuring**
8:7,9

**files** 30:5

**fill** 30:2
41:4,10
42:1
47:21
48:1,2,6,
10

TELEPHONIC DEPOSITION OF KIMBERLY HETLAND
CONDUCTED ON 6/13/2016                    22

55:18,20

**filled**
27:13
30:4
53:15,20
54:16

**filling**
6:15
47:17

**financially**
61:14

**fine** 54:5

**finger**
37:10

**fire** 51:17

**first** 5:3
26:10,17
28:3,7,20
37:20,21
38:2,6,11
39:9,15
43:8

**floor** 49:18

**fluence**
13:19

**flush** 52:16

**focus** 33:16

**follow-on**
44:4

**follow-ups**
16:12

**foregoing**
61:7

**form** 30:1
41:18
42:1 43:7
53:21
54:17

**formal**
20:15

**forms** 53:13

**forward**

**46:7**

**fourth** 2:14
46:21

**Franklin**
2:4

**front** 20:5
27:5

**frustrated**
43:4

**full** 12:8

**full-time**
38:8

**future** 52:1

———————
G
———————
**gaining**
33:7
36:21

**gaps** 55:20

**general**
33:21

**generally**
7:17
21:16
31:14,16

**generated**
18:4 29:9

**generates**
12:21

**given** 5:8,9
51:8
52:17

**Goldson**
56:7,8

**gone** 46:4

**gotten**
40:18

**great** 9:2

**group** 2:4
26:4

**guess**

21:12,18
26:14
27:3 28:7
38:4
39:4,20
42:7
43:19
51:8
53:20
54:5,16
58:4

**guidelines**
34:3

———————
H
———————
**half** 23:18

**hallway**
43:5
57:19

**hand** 25:12
26:5,7

**hand-in-**
**hand** 8:1

**handled**
52:9

**happened**
32:21
33:19
53:8

**happens**
51:13

**hard** 37:6,7
55:14

**haven't**
53:10

**having** 5:3
34:1
42:10
44:20
47:3

**head** 5:10
38:5

**health** 6:10
7:6,10

21:10
22:20
23:4 47:4
50:9
58:5,9

**Healthcare**
6:9 25:6
58:7

**heard** 21:19
22:7

**hearth**
56:13

**heavily**
14:11

**held** 26:11
27:4

**hereby** 61:4

**hers** 29:8

**he's** 39:9
58:18

**Hetland**
5:7,14,15
60:10
61:6

**H-e-t-l-a-**
**n-d** 5:15

**HETLAND**
1:11 4:4
5:1

**Hilt** 49:14

**hire** 52:4
53:5,11,1
8

**hired** 30:2
56:11

**hiring** 52:5

**Holly** 47:13

**home** 6:3

**hospital**
3:2
4:9,13
7:8,9

21:15
22:1,5
26:6
27:14
39:3
46:11
47:1,15,1
8,20 49:6
51:13
53:12
55:2
58:3,4

**hospitals**
40:21

**hot** 14:7

**house**
47:7,8
57:15

**housed** 16:5

**human** 51:20

**Hussain** 1:2
3:18
26:10
29:10
30:20
32:10
33:4
37:21
38:19
41:1 43:5
45:10
46:16
47:1
49:12
50:16
55:6,10,1
3 56:21
58:14
59:5

**Hussain's**
29:15
55:1 60:2

———————
I
———————
**I'd** 25:3

**idea** 48:18

58:20

**identificat
ion**
  28:1,6

**identified**
  27:7
  28:17

**identify**
  25:13

**I'll** 24:19
  31:7
  46:16
  57:19

**Im** 28:2

**I'm** 20:1,6
  21:18
  23:11,14,
  16
  25:1,2,8,
  15,18
  26:17
  27:16,19
  28:12,15
  36:8,20
  37:2
  38:16
  41:9,19,2
  1 42:12
  45:12,13
  46:13,14
  49:5
  51:12
  52:16,21
  54:13,14,
  20 57:18
  59:14,21
  60:4

**image** 12:5

**images** 8:5
  18:1,3,9

**imagined**
  39:13

**impinging**
  9:2

**include**

20:4
22:21
24:19

**indecision**
  34:2

**independent**
  10:14,16,
  20 12:16

**indicate**
  39:2 45:2

**indicated**
  43:14

**individual**
  11:7

**individuals**
  51:15

**infection**
  50:7

**inference**
  43:19

**info** 43:18

**information**
  13:12,14
  15:9

**initial**
  55:1

**installed**
  17:4

**instead**
  23:17

**institution**
  24:3 58:5

**institution
s** 30:14

**instruction
s** 5:8,9

**insurance**
  57:10

**intensity**
  12:12

**interaction**

29:6

**interested**
  61:14

**involves**
  52:8

**isodose**
  12:1,2

**isotope**
  13:19

**issue** 35:5
  36:13
  37:9 52:3

**issues** 35:8
  50:17
  51:18
  57:5,9,12
  59:18

**It'll** 11:11

**it's**
  5:11,17
  6:3 7:4
  8:4,21
  10:1,4
  11:13,14
  12:12,19
  13:1,7,20
  15:2,11
  16:5,17
  17:16,19
  18:6
  21:14
  22:9
  23:21
  24:2,7,18
  26:19
  27:8
  29:18
  33:13
  37:10
  42:5,9
  47:13
  50:14
  52:8
  53:16
  54:5
  55:14,16,

21 56:3
  57:15
  58:9 60:5

**I've** 21:19
  22:7
  23:15
  27:5
  48:10
  53:15,20

_____
          J
_____

**James** 6:17
  7:4

**January**
  29:9
  56:19

**Jean**
  49:19,20

**Jenny** 28:21
  29:2,21
  30:18
  39:6
  41:4,6,19
  48:2
  55:4,5

**Jensen** 50:8

**Jerry** 28:21

**job**
  7:12,13,1
  6 8:4,16
  9:5 17:12
  19:3
  23:9,10
  31:12
  56:5

**Julie**
  31:8,10
  32:7,11
  33:5
  35:21
  36:6
  42:16,17

**Julie's**
  55:9

**July** 40:3,9

61:16

**jumped**
  39:17

**June** 1:9
  38:3,6,20

_____
          K
_____

**Karen**
  50:4,5,6

**Kathy** 50:8

**kidney** 8:16

**kidneys**
  8:16

**Kimberly**
  5:14 61:5

**K-i-m-b-e-
r-l-y**
  5:15

**KIMBERLY**
  1:11 4:4
  5:1

**King** 2:3
  4:16 5:6
  46:18,19,
  20
  57:20,21
  59:20
  60:1,9

**knowledge**
  50:14,17
  51:6

_____
          L
_____

**lack** 35:11

**Lake** 6:4

**language**
  31:4
  33:12
  36:12,14,
  17,18
  37:8

**last** 6:14
  27:12

29:15
40:18
45:21
**Law** 2:4
**lawsuit**
  59:16,18
**least** 17:2
  51:7
**less** 12:9
**let's** 19:19
  27:18
  31:9
  33:9,16
  37:17
  40:17
  43:18
  50:12
**letter** 30:4
**letters**
  29:17
**level** 46:5
**line** 12:6
  13:19
  59:14
**lines** 12:6
  24:20
**lingo** 21:9
**Lisa** 1:13
  61:3,19
**listed**
  26:11
  27:4
**little** 14:7
  52:2 53:1
**Litzen**
  50:10
**live** 6:2
**loaf** 12:4
**locum**
  20:9,10,1
  2 29:4
  35:1 46:4

51:20
52:1 53:4
55:18
56:1
**locums**
  20:9,11
  30:3
  34:6,7
  39:12
  46:1,2
  47:5
  48:13
  52:21
  53:18
**logo** 26:5
**long** 6:11
  17:1
**longer**
  23:13,14
**lot** 34:7
**lung** 11:14
**Lutheran**
  36:8

———————
        M
**M.D** 16:13
  26:10
**ma'am** 59:20
**machine**
  9:13,15
  10:4
  11:17
  12:13
  13:6,16
  21:7
**mails** 41:3
**main** 25:21
**malpractice**
  57:2
**managed**
  51:18
**management**
  19:8 20:6

45:17
46:11
**manager**
  6:16,19
  7:19
  19:20,21
  24:12
  50:2
**manner**
  51:17
**mapping**
  13:19
**March** 29:15
  40:12
**mark** 27:19
  28:3
**marked**
  27:21
  28:5
  43:20,21
  50:13
**marketing**
  25:1
**marking**
  28:15
**Marsha**
  49:17
**Mary's** 3:2
  7:8 16:5
  22:1,4
  23:12
  29:3 58:4
**matches**
  13:9
**Matt** 3:3
**maybe**
  9:1,2,3,4
  30:18
  31:5
  33:13
  37:18
  52:5
  56:19
**MCDONALD**

1:5
**MD** 16:15
  20:15
**MDs** 23:3
**mean** 14:7
  20:6
  24:11
  33:10
  38:4,5
  39:7 51:5
  52:3,11
**means** 21:20
**Medicaid**
  57:4
**medical**
  6:16,18
  8:4
  9:5,7,8,1
  0,11 11:3
  13:8
  15:20,21
  16:1,2
  17:7 20:4
  22:1,6
  23:10,12,
  13,14,15,
  16,19
  24:19
  28:21
  32:12
  34:16
  42:14,20
  44:15
  48:1,19
  49:4
  50:14,17
  51:6
**Medicare**
  57:4
**medications**
  54:9,17
**meeting**
  37:21
  38:1
**meetings**

22:7
**members**
  22:21
**memory**
  37:19
  54:19
  58:13
**mentioned**
  7:2 17:12
  20:19
  35:12
  36:12
  40:18
  52:10,19
  53:4
**messages**
  29:16
**met** 38:1
  39:10
**mind** 7:18
**mine** 9:16
**Ministry**
  3:2 6:9
  7:6,7,9
  25:6
  58:4,5,9
**minus** 10:17
**minuses** 9:1
**minute**
  46:15
**Mm-hmm**
  17:11
  19:1
  50:15
  51:4 53:3
**mock** 13:3
**modified**
  34:19
**modulated**
  12:12
  14:10,12
**module** 15:2

Mohammed 1:2 3:18 26:10
Monday 1:9 39:15
Monica 49:14
monitoring 11:16
months 6:14
Moran 3:3 60:12
mouse 15:12 18:20
multiple 11:21
mute 46:14
myself 25:7 32:12

**N**
N.W 2:5,14
national 57:13 59:17
nature 42:10 45:13,15
nearly 46:1
necessary 10:5
neither 13:14
nine 11:21
nod 5:10
Nope 42:5
nor 42:13 61:12,13
normally 5:7 25:11 52:9

53:18
north 3:4 5:17 6:4 25:2
Notary 5:3 61:3
notes 11:3 17:7 26:15 61:8
nothing 22:10,11 35:14 45:4 55:11
notice 1:13
noticed 38:10
notify 45:16
nurse 20:5 31:13
nurses 22:21
nursing 49:16,18

**O**
object 59:14
objection 59:19
obviously 12:14 13:21 54:2
office 2:13 45:16 46:10,11 50:11 59:14 60:14
Oh 5:21

6:1,3 15:14 22:17 41:12 47:16 58:17
okay 6:1,3,18 7:2,9,16 9:21 10:9,12 11:5,9 13:11 14:9,14,21 15:4,8,14,18 16:7,10,16 17:3,6,17,21 18:3 19:2,7,16,19 20:18 21:6,14,21 22:12,19 23:3,19 25:5,10,11 26:19,20,21 26:21 27:3,5,18 28:9,12,16,19 29:5,8,14 30:6,10 31:7,9 33:9 35:19 36:9 37:4,8 38:3,10 39:1,6,18 40:2,17 41:6,12,15,21 43:2,7 44:15,20 45:9 46:16,17,

18 47:14 48:14 49:12,15,17 53:16 54:4,7 56:12,15,18,21 57:12 60:9
oncologist 8:1,2 30:3 41:9 42:12 45:8
oncologists 21:3,4 42:20 55:20
oncology 6:16,19 7:20 16:11 19:20,21 23:11,12,16,19 24:4,13,19 26:13 34:2
ones 43:17
ongoing 29:18
operational 20:7
operations 20:1,8 24:15
opinion 50:18 51:6,7 52:19 55:5 58:13
opportunity 50:16 51:8,10

52:18
orchestrate 20:11
order 33:19
oriented 39:14
origin 59:17
originally 26:1
outcomes 35:13,15,17
output 13:10
outset 51:16
outside 14:4
overall 31:17
overlook 9:17

**P**
p.m 1:13 60:16
page 4:3,10 26:10,16,17,20,21 27:2,18 28:3,4,7,13,15,20 38:12 41:13 44:3
pages 4:14 26:1,9 27:6,8,9,15 28:2,12
paragraph 44:13

TELEPHONIC DEPOSITION OF KIMBERLY HETLAND
CONDUCTED ON 6/13/2016                    26

paralysis
8:15

parameters
10:10

particular
6:11 7:6
19:13
24:3 35:5

particularl
y 55:19

parties
1:15
61:11,12

passed
12:15

passes
13:21

passing
14:13

past
7:14,15
14:11
41:8
48:15

paste 15:9

pasting
15:11

patient
8:2,18
9:18
10:19
11:20
12:2
13:3,7
14:18
33:8
34:17
35:12
43:6,10
50:20

patients
31:17
34:5
35:5,8

44:18,21
57:1,7

Paula
50:1,2

payment
57:4

payments
57:9

PDF 17:12
18:10,19

PDFs 11:6
17:18

peer 41:9

people 16:7
51:13,18

percent
10:17

perform
7:18

performance
52:13

perhaps
25:3

period
47:12
54:15
56:10

permit 30:2

person 5:8
9:12 10:1
21:6
45:5,19
51:17
53:5,11

personal
42:10,15
45:13,14

person's
42:21
52:12

phantom
13:3

phone 29:20
46:14

photons
11:10

phrase
21:9,11
30:8

physical
54:9,18

physician
8:5,21
16:12
18:7 29:4
30:13
33:14
42:14
45:18
48:17
56:11

physicians
21:3,16
22:14,18
23:3
55:15

physicist
9:7,10,11
10:2,3,20
12:17
13:13,18

physicists
13:8 20:4
23:1

picture
20:6

piece 12:1

pixel 14:7

places 42:7

plaintiff
1:3,12
2:2 3:18
5:2,5

plan
8:6,10,17
,20

9:6,16
10:11
11:5,7
12:11,17
13:4,16
14:16,17,
18,20
15:9,12,1
5,17,18
17:8,13,2
0
18:7,8,12
,21 34:18
44:7,8,10
,17,21

planned
13:9
45:3,7

planning
10:15
12:19
18:5

plans 8:21

please 5:13
7:16
16:14
29:1
49:10

plus 10:17

pluses 9:1

point
40:10,14

position
6:6,12
7:14,15
23:7
24:12
55:17

positions
21:15

possible
42:9

Potentially
37:14

practice
9:14 34:2

praise 42:6

predated
38:11

predicted
13:9

prefer 7:13

prepares
29:4

prescriptio
n 8:3

prescriptio
ns 16:13

present
1:14
2:9,17
3:17,19
49:9

president
49:4,6,12

pretty
14:11
20:16
39:12

prevent
54:10

previous
9:18

primarily
9:5

prior 6:14
9:20
29:11
41:15
50:18

private
57:10

privilege
48:9

privileged
48:17

TELEPHONIC DEPOSITION OF KIMBERLY HETLAND
CONDUCTED ON 6/13/2016                    27

privileges
  4:9,13
  26:6,11,1
  4 27:4,14
  29:11
  39:2
  47:18
  53:13,14
  57:15
privileging
  47:14,20
  48:17
probably
  17:2 20:3
  39:17
  41:20
  45:8 51:9
problem
  16:19
procedures
  52:10
process
  39:15
  47:20
professiona
  l 21:10
professiona
  ls 22:20
  23:4
provide
  25:13
  31:19,21
  32:15,18
  53:12
provided
  26:1
  51:10
  52:18
  58:11,13
provider
  20:10,14
  26:10,12,
  18 27:4
  28:8,14
  29:3,7

32:17
34:3
39:12
44:18
47:6,10
provides
  28:14
providing
  34:5
  50:18
Public 5:3
  61:4
publicize
  42:4
purposes
  23:19
pursuant
  1:13
push 46:4
pushing
  34:21
puts 10:4

                Q
QA 9:15
  12:21
  13:12
  14:11
quality
  12:10,11,
  13 13:1,3
  52:15
question
  42:7 48:8
  50:21
  52:17
  54:8
  59:21
  60:2
questioning
  59:15
questionnai
  res 29:19

41:4
questions
  5:9 9:8
  28:18
  34:6,7,9
  54:10
  57:18
  59:16
  60:9,12,1
  3
quick 57:19

                R
race 35:19
  58:17
  59:11,12,
  17 60:3
radiation
  6:16,19
  7:20
  8:1,8,13,
  14
  10:2,7,8,
  14,19
  11:9,13
  12:12
  13:12
  14:3
  16:11
  19:20,21
  20:4,18,1
  9
  21:1,2,3,
  4,5 22:21
  23:11,21
  24:3,13
  26:12
  30:3 34:2
  41:9
  42:12,18
  44:7,8
  45:8
  55:20
radiology
  24:5,7
radonc 38:8
  44:17,20

45:9
ranking
  43:10
ready 14:18
realize
  39:20
really 8:17
  9:2 10:1
  11:6
  12:19
  13:9,18
  14:10
  15:11
  17:19
  25:14
  29:6
  34:10
  42:10
  52:15
reason
  32:10
  33:3
  36:14,17
recall
  31:18
  32:1,4,7,
  20,21
  33:2
  34:21
  35:4,7,13
  37:6
  39:11,18
  40:11,13
  42:19
  43:6,12,1
  5 45:4
  47:21
  54:2,19
  55:12
  56:16
  57:8
receive
  29:16,19
  30:6,11
received
  40:19

receiving
  12:3
recently
  39:21
recommend
  30:12,19
  32:10
  33:4
record 5:13
  16:5 61:8
records
  11:3
  15:19,20,
  21 16:1,3
  17:7
  27:19
  30:14,17
  34:16
  35:3
  38:21
  40:6
  45:2,6
  58:12,16
recruiter
  47:7,11
recruitment
  20:10
refer 15:20
  16:2,7
  21:14
reference
  26:7
  47:19
  53:13
referring
  46:10
reflect
  34:16
refresh
  37:18
  58:12
regarding
  12:14
  15:19

TELEPHONIC DEPOSITION OF KIMBERLY HETLAND
CONDUCTED ON 6/13/2016                                28

23:7
31:20
32:15,19
34:13
35:8
50:17
56:21
57:9,12
**regional**
6:7 23:8
24:11,17
25:2
**regions**
25:7
**registry**
20:5
**regular**
51:19
**related**
24:14
26:2
**relative**
61:10,12
**relevant**
59:18
**religion**
36:2,6
58:19
59:8,17
**remember**
31:11
34:12,15
37:16,21
38:1,4
40:15
43:2,3,4,
17,20
45:1,9
56:7,8
**remembered**
39:21
**remote**
55:15,17
**report**

12:14
22:13
24:14
61:5
**reported**
35:14
**Reporter**
4:5
61:1,3,19
**reporting**
20:3
**represents**
12:6
**requested**
47:9 61:7
**requests**
30:7
**resources**
51:20
**respective**
1:14
**responded**
41:17
**responsible**
23:11,17
25:3,8
**result**
53:14
**Retained**
4:16
**retired**
49:20
**review** 9:16
13:8,18
18:6 45:5
55:1 61:6
**reviews**
8:20
13:19
**Rhinelander**
3:5 5:18
6:4
22:2,5

56:9
**R-h-i-n-e-**
**l-a-n-d-**
**e-r** 5:18
**risk** 45:16
46:8,10,1
1
**RMC** 1:3
**RN** 31:13
**Road** 6:4
**ROBERT** 1:5
**role** 6:15
18:16
24:20
47:3
**roles** 18:16
**room**
46:15,19
**rotational**
8:8
**routing**
41:7
**row** 43:8
50:13,14
**run** 13:6,7
58:5
**running**
56:4
**runs** 21:7

————————
S
————————
**safe**
8:17,18
15:19
**Saint** 3:2
**Sandy** 49:11
**satellites**
25:4
**satisfactor**
**y** 52:13
**saw** 34:17

40:9,14
57:1
**scan** 12:3
18:18
**scenario**
53:5,17
**scenarios**
46:2
**schedule**
20:11
**scope** 9:14
**screen**
17:19
18:9,10
**second**
28:4,15
33:17
40:3,9
50:13
57:19
**secondary**
9:20
**SECRETARY**
1:6
**section**
44:3
**seemed** 31:3
**seen** 37:15
53:10
**self-**
**evident**
5:11
**send** 13:5
**sense** 9:17
26:3 47:3
56:3
**sensitivity**
8:13
**sent** 30:15
41:19
**separate**
12:17

27:10
33:9
**separating**
7:19
**service**
24:8,20
56:4
**services**
6:7,13
23:8,11
24:5,20
48:20
**Shore** 3:4
5:17
**shortly**
56:13
**shots** 17:19
18:9,10
**shows** 11:16
**sic** 38:9
**signature**
28:20
29:8 44:4
**simple** 52:7
**single**
18:14
**situation**
53:8
**situations**
51:21
**six** 6:14
11:20
**slice** 18:14
**slices**
18:9,17
**small** 14:7
**smooth** 14:8
**software**
13:4
14:20,21
15:3,6,10
18:21

TELEPHONIC DEPOSITION OF KIMBERLY HETLAND
CONDUCTED ON 6/13/2016                    29

20:13,14, 15

**somebody** 30:17

**someone** 35:15 37:11

**somewhere** 27:11

**sorry** 38:16 54:13 59:21

**sort** 27:10 28:17 44:3 45:15,16, 17 51:17

**Sounds** 25:20

**span** 6:14

**spare** 8:11,19

**spares** 9:3

**speak** 59:3,5

**speaking** 7:17 21:16 31:14

**specific** 11:3 31:20,21 32:3,18 34:13 35:4,8 40:16

**specificall y** 12:11 27:13 31:18 42:16

**specify** 11:11,12

**spell** 5:13 16:14

**spinal** 8:15

**spot** 14:7

**Square** 2:4

**St** 7:8 16:5 22:1,4 23:12 29:3 58:4

**staff** 20:5,17 22:1,6,21 26:21 28:21 49:4 52:20

**standardize** 25:9

**start** 5:12 7:14,15 34:10

**started** 17:8 21:1 39:17 56:19

**starts** 44:6,16

**state** 6:1 57:12

**States** 2:13 36:4,10 59:1

**static** 8:9

**stenographi c** 61:8

**stenographi cally** 61:5

**step** 46:15 57:18

**Stepids** 49:19

**steps** 51:19 52:9 57:20

**Steven** 43:1 55:9 58:17

**stint** 38:9 55:19

**stints** 55:18

**stop** 30:1

**Street** 2:5,14

**strong** 54:2

**structure** 58:3

**structures** 8:12,19 9:3,4

**stuff** 41:7

**sufficient** 52:13

**suggesting** 36:17

**Suite** 2:6

**summarizes** 11:7

**summary** 11:6,9,18 ,19 18:11,14

**supervise** 22:14,17

**supervised** 20:17

**supervisor** 50:2

**supply** 38:20

**supports** 43:10

**supposed** 14:4 39:2 44:11 54:4

**sure** 5:14 6:3 7:21 10:4,16 16:15 32:7 36:8,13,1 8,20 37:1,2 39:5 42:18 44:13 46:13 59:2

**surprise** 38:5,7,13

**surprised** 40:6

**sworn** 5:3

**system** 16:3,8,13 27:11

**systems** 16:10

———————
|   T   |
———————

**Taaffe** 2:12 59:13 60:13

**talk** 19:8,19 25:18 41:6 42:3 46:15

**talked** 24:11

**talking** 17:6,8,9 23:20 25:18 27:13 35:11

48:3

**target** 8:18 12:5,7

**tasked** 25:1

**team** 46:3

**technical** 16:4,6,11 21:4

**technology** 31:4

**telephone** 2:9,17 3:19

**Telephonic** 1:10

**terminology** 16:2 21:19

**terms** 16:1 58:3,12

**testified** 45:1

**testifies** 5:4

**thank** 16:18 46:18 58:1 60:10,11

**thankful** 55:13,17

**that's** 5:9,14,17 ,18 7:5 8:17 9:5 10:8,19 11:17,18 14:18 16:7,16 18:19 19:5 20:14,15, 16 21:9 26:19 29:6

34:10
38:21
42:5,7
43:9,13
53:8 58:7
59:19
60:9
**therapist**
10:8,19
21:4
**therapists**
13:6
20:4,18,1
9 21:2
22:21
42:19
**therapy**
12:12
23:21
**therefore**
28:17
59:16
**there'll**
12:13
**there's** 9:3
10:14,17
11:15
12:10
21:9
26:13
28:20
29:7 31:7
35:14
50:13
51:16,19
58:4
**they're**
14:11
16:1
17:19
18:1 21:2
26:1 30:9
34:4,6,8,
9
**third**
27:3,8,16

,18 40:12
**thoroughnes
s** 43:9
**title** 50:7
**today** 58:1
60:10
**Toothachre**
43:1,4
58:17
**Toothachre'
s** 55:9
**top** 28:8,14
38:4
**tough** 14:11
**Tracy**
50:10,11
**trainers**
20:16
**training**
20:15
39:14
**transcript**
61:6,7
**transcripti
on** 50:3
**treating**
12:5 13:7
**treatment**
8:6,7
9:20
10:11,15
11:5,7,18
12:11,17,
19
13:4,5,16
14:17
15:9
17:8,13,2
0
18:5,6,12
,20,21
34:18
39:16,17

45:20
**treatments**
9:18
44:6,17
**tried**
41:2,3
**troubles**
31:4
**troubleshoo
t** 14:12
**troubleshoo
ting** 20:8
**true** 41:9
61:7
**trust**
33:15,17
35:2
45:20
51:14
**try**
25:15,17
42:2
**trying**
37:11
41:21
45:13
52:16
53:1
**tumor**
8:3,11
9:4
**tumoricidal**
8:10
**two-way**
12:20
**Tyler** 2:3
**type** 48:1
51:15
**typed**
27:16,19
**types** 26:14
37:12

55:15

_____
      U
**U.S** 59:13
60:13
**umbrella**
24:4,5
**understand**
21:17
37:6,7
**understandi
ng** 23:20
36:15
**unit** 11:17
**United** 2:13
36:4,10
59:1
**upon** 22:12
50:21
**upper**
26:5,7

_____
      V
**vacations**
39:12
**vague** 31:21
32:3
**Varian**
15:2,6,10
16:4
18:6,21
**variance**
10:17
**various**
22:7
**verbal**
58:15
**verificatio
n** 4:9,13
13:16
14:15,20
15:12,15,
17,18

26:6
27:14
30:7
47:18
53:12
**verificatio
ns**
30:9,10,1
5 40:20
41:16
**verify**
10:15
55:9
**versa** 37:7
**version**
19:13,15,
16
**VETERANS**
1:6
**vexatious**
59:19
**via** 2:9,17
3:19
**vice** 37:7
**view** 59:16
**Vilisch**
31:8
**V-i-l-i-s-
c-h** 31:8
**visit** 39:16
**visits**
39:17
**voice** 41:3
**voicemail**
29:16
**volume** 8:4
9:4 12:7
14:4
**VP** 49:16

_____
      W
**walking**

TELEPHONIC DEPOSITION OF KIMBERLY HETLAND
CONDUCTED ON 6/13/2016                    31

34:8

**Washington**
2:7,15

**wasn't**
34:19
37:13
45:14
52:5,17

**ways**
37:14,15

**week** 35:1
46:1,2,3,
5 56:2

**Weissmann**
1:14
61:3,19

**welcome**
58:2

**we'll** 8:8,9
11:6
12:12
15:20
18:8,14
25:18

**we're** 6:9
11:9 12:5
13:6
17:6,9
25:3
28:18
38:12
45:18
48:3 52:4

**we've** 17:2
28:17
48:12
55:7

**whatever**
50:17
51:18

**Whereupon**
27:21
28:5
60:15

**whether**
36:9,13,1
8, 20
40:13
42:11
45:6 48:8
51:21
52:12
58:21

**whichever**
7:13

**white** 35:20
36:1 60:5

**whole** 18:12
23:17
54:6

**who's** 9:12

**WI** 3:5

**Wickham**
49:17

**Wiedeman**
50:4,5,6

**Wisconsin**
5:18 6:4
22:2,5

**wish** 37:16

**Witness** 4:3
46:17
59:21
60:11

**wondering**
45:12

**work**
5:16,20,2
1 6:6
20:9,10
24:14
25:8
29:18
33:14
34:3
47:7,8
50:9
55:13

**working**
23:15
44:16

**works** 7:21
8:5 29:2
49:20
50:11

**write** 31:7
38:18
54:3

**writes** 8:2

**written**
31:18

**wrote** 41:12
46:9 54:3

———————
X
———————
**X's** 41:12

———————
Y
———————
**yep** 18:7
24:16

**you'll**
12:6,7,8,
9,13

**your's** 55:9

———————
Z
———————
**Zelechowski**
50:1

**Zenk** 49:15