IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

MOHAMMED HUSSAIN,

      Plaintiff/Counter-Defendant,

v.

                                                                   18-cv-529-wmc

ASCENSION SACRED HEART -- ST. MARY'S
HOSPITALS, INC.,

      Defendant/Counter-Plaintiff.

---

In a previous opinion and order, the court granted summary judgment in favor of defendant/counter-plaintiff Ascension Sacred Heart -- St. Mary's Hospitals, Inc. ("the Hospital") and against plaintiff/counter-defendant Mohammed Hussain. (Opinion & Order (dkt. #70).) Consistent with a previous order (dkt. #74), the court is now in receipt of a revised proffer by the Hospital, specifically requesting only damages actually incurred in defending against Hussain's claims, in the amount of $110,177.50 in attorneys' fees and $2,890.59 in costs (dkt. #75). Having received no further objection from Hussain, and the court being satisfied that this request fairly represents the compensatory damages owed for Hussain's breach of contract,

ORDER

IT IS ORDERED that:

1) Defendant/counter-plaintiff Ascension Sacred Heart -- St. Mary's Hospitals, Inc. is entitled to monetary judgment in the amount of $113,068.09 against plaintiff/counter-defendant Mohammed Hussain.

2) The clerk of court is directed to enter judgment in favor of defendant/counter-plaintiff Ascension Sacred Heart -- St. Mary's Hospitals, Inc. on all claims and close this case.

Entered this 5th day of May, 2021.

                                              BY THE COURT:

                                              /s/

                                              _____
                                              WILLIAM M. CONLEY
                                              District Judge