IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MOHAMMED HUSSAIN,

    Plaintiff/Counter-Defendant,

v.

    Case No. 18-cv-529-wmc

ASCENSION SACRED HEART –
ST. MARY'S HOSPITALS, INC.,

    Defendant/Counter-Plaintiff.

JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant/counter-plaintiff Ascension Sacred Heart – St. Mary's Hospitals, Inc. against plaintiff/counter-defendant Mohammed Hussain on all claims in the amount of $113,068.09.

Approved as to form this 6th day of May, 2021.

_____
William M. Conley
District Judge

_____
Peter Oppeneer
Clerk of Court

May 7th 2021
Date