UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

MOHAMMED HUSSAIN,

        Plaintiff,

Case No.: 18-cv-529-wmc

v.

ASCENSION SACRED HEART- ST. MARY'S HOSPITAL, INC.,

        Defendant.

---

## NOTICE OF APPEAL

---

NOTICE IS HEREBY GIVEN that plaintiff Mohammed Hussain hereby appeals to the United States Court of Appeals for the Seventh Circuit from the U.S. District Court for the Western District of Wisconsin's Judgment, dated May 7, 2021, dkt. 77, as well as from all other opinions, orders and rulings that underlie that judgment, including, but not limited to, this Court's Order (dkt. 76) dated May 5, 2021, Opinion and Order (dkt. 74) dated April 1, 2021, and Opinion and Order (dkt. 70) dated October 21, 2019.

DATED:  May 26, 2021.

                      BOARDMAN & CLARK LLP
                      By

                      */s/ Sarah A. Zylstra*
                      Sarah A. Zylstra, State Bar No. 1033159
                      Attorneys for Mohammed Hussain
                      U.S. Bank Building, Suite 410
                      1 South Pinckney Street
                      P.O. Box 927
                      Madison, WI  53701-0927
                      Telephone: 608-283-1741
                      Fax: 608-283-1709
                      Email: szylstra@boardmanclark.com